| | |
|---|---|
| 1 | **LAW OFFICES OF LES ZIEVE** |
| | **DANIEL I. SINGER, ESQ. #227907** |
| 2 | **JENNIFER A. BENDER, ESQ. #244478** |
| | **18377 Beach Blvd., Suite 210** |
| 3 | **Huntington Beach, CA 92648** |
| | **Phone: (714) 848-7920** |
| 4 | **Facsimile: (714) 794-1779** |
| | **Email: bankruptcy@zievelaw.com** |
| 5 | |
| 6 | Counsel for Secured Creditor |
| | Ocwen Loan Servicing, LLC |

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 12-16096-LA13 |
| | ) | |
| Susan L Bourgeois, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | **REQUEST FOR SPECIAL NOTICE** |
| | ) | |
| | ) | |
| _____ | ) | |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR AND THE ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), Ocwen Loan Servicing, LLC, a Creditor in the above-referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to DANIEL I. SINGER, ESQ., at the following office and address and that the following counsel for Ocwen Loan Servicing, LLC, be included on the master mailing list:

> **Daniel I. Singer, Esq.**
> **LAW OFFICES OF LES ZIEVE**
> **18377 Beach Blvd., Suite 210**
> **Huntington Beach, CA 92648**
> **Email: bankruptcy@zievelaw.com**
> **Telephone: (714) 848-7920**
> **Fax Number: (714) 794-1779**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtor.

DATED: December 14, 2012

Respectfully submitted,

LAW OFFICES OF LES ZIEVE

/s/ Daniel I. Singer

_____

By: DANIEL I. SINGER
Counsel for Secured Creditor,
Ocwen Loan Servicing, LLC

| | |
|---|---|
| 1 | |
| 2 | **LAW OFFICES OF LES ZIEVE**<br>**DANIEL I. SINGER, ESQ. #227907**<br>**JENNIFER A. BENDER, ESQ. #244478**<br>**18377 Beach Blvd., Suite 210**<br>**Huntington Beach, CA 92648**<br>**Phone: (714) 848-7920**<br>**Facsimile: (714) 794-1779**<br>**Email: bankruptcy@zievelaw.com** |

Counsel for Secured Creditor,
Ocwen Loan Servicing, LLC

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 12-16096-LA13 |
| | ) |
| Susan L Bourgeois, | ) Chapter 13 |
| | ) |
| Debtor. | ) **PROOF OF SERVICE BY MAIL** |
| | ) |
| _____ | ) |

STATE OF CALIFORNIA, COUNTY OF ORANGE:

I, **Michele Dapello**, certify that I am a resident of Orange County, California. I am over the age of 18 years and am not a party to the within action. My business address is 18377 Beach Blvd., Suite 210, Huntington Beach, California 92648.

///

///

///

///

///

PAGE 1

On **December 14, 2012**, I served the within **REQUEST FOR SPECIAL NOTICE AND PROOF OF SERVICE BY MAIL** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Huntington Beach, California, addressed as follows:

**Susan L Bourgeois**
1280 Shari Way
El Cajon, CA 92019

**Shawn P.K. Huston,** Attorney
2171 Ulric Street, Ste #205
San Diego CA 92111

**David L. Skelton**, Trustee
525 B St., Suite 1430
San Diego CA 92101-4507

**United States Trustee**
Office of the U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA 92101-8511

I certify under penalty of perjury the foregoing is true and correct.

Executed on **December 14, 2012** at Huntington Beach, California.

                                               **/s/** Michele Dapello
                                               **Michele Dapello**