**ROUTH CRABTREE OLSEN, PS**
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
KRISTI M. WELLS, ESQUIRE, #276865
KRISTIN S. WEBB, ESQUIRE, #258476
RENEE M. PARKER, ESQUIRE, #256851
NANCY LY, ESQUIRE # 272035
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-382-6422 / Fax (714) 277-4899
RCO# 61101

Attorney for Creditor
JPMorgan Chase Bank, N.A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Susan L. Bourgeois, Susan L. Bourgeois<br><br>Debtor. | No. 12-16096-LA13<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, JPMorgan Chase Bank, N.A requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Renee M. Parker
Routh Crabtree Olsen, PS
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
PH 714-382-6422

Dated: January 22, 2013

Routh Crabtree Olsen, PS
By:  /s/ Renee M. Parker
Attorneys for Creditor

1

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Susan L. Bourgeois, Susan L. Bourgeois
1280 Shari Way
EL Cajon, CA 92019

**ELECTRONIC SERVICE:**

David L. Skelton
dskelton13@ecf.epiqsystems.com

US Trustee (SD)
ustp.region15@usdoj.gov

Shawn P.K. Huston
shawnh@hustonmccaffrey.com

Service was made on January 24, 2013 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Liliana Navarro

2