CSD 1100 [11/01/11]
Name, Address, Telephone No. & I.D. No.
Shawn P. K. Huston 235944
2171 Ulric Street, Suite 205
San Diego, CA 92111
(619) 800-1166
235944

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Susan L. Bourgeois

BANKRUPTCY NO.   12-16096-LA13

Debtor.

## AMENDMENT

Presented herewith are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- [ ] Petition
- [ ] Exhibit A to Voluntary Petition
- [ ] Exhibit C to Voluntary Petition
- [ ] Exhibit D - Individual Statement of Compliance with Credit Counseling
- [ ] Summary of Schedules
- [ ] Statistical Summary of Certain Liabilities and Related Data
- [ ] Schedule A & B - Schedule of Real or Personal Property
- [ ] Schedule C - Schedule of Property Claimed Exempt
- [x] Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
  - [ ] Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $30.00 fee required. See instructions on reverse side.
  - [ ] Correcting or deleting other information. See instructions on reverse side.
- [ ] Schedule G - Schedule of Executory Contracts & Expired Leases
- [ ] Schedule H - Schedule of Co-Debtor
- [ ] Schedule I - Current Income of Individual Debtor(s)
- [ ] Schedule J - Current Expenditure of Individual Debtor(s)
- [ ] Statement of Financial Affairs
- [ ] Statement of Current Monthly Income and Means Test Calculation (Form B22A)
- [ ] Statement of Current Monthly Income (Form B22B)
- [ ] Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated:   August 12, 2013              Signature _____
                                                  Attorney for Debtor

## DECLARATION OF DEBTOR

I [We]   **Susan L. Bourgeois**   and ____, the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix diskette, if any, is true and correct to the best of my [our] information and belief.

Dated:   Augustt 12, 2103             _____           _____
                                                  Debtor                                    Joint Debtor

CSD 1100

REFER TO INSTRUCTIONS ON REVERSE SIDE

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

CSD 1100 (Page 2) [11/01/11]

## INSTRUCTIONS

A. Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED. Pages from the original document which are not affected by the change are not to be attached.
  1. Before each entry, specify the purpose of the amendment by inserting:
     a. "ADDED," if the information was missing from the previous document filed; or
     b. "CORRECTED," if the information modifies previously listed information; or
     c. "DELETED," if previously listed information is to be removed.
  2. At the bottom of each page, insert the word "AMENDED."
  3. Attach all pages to the cover page and, *If a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; DO NOT serve a copy on the United States Trustee.
B. Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

**AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED**
**\*\* AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES \*\***

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on , I served a true copy of the within AMENDMENT by [describe here mode of service]

on the following persons [set forth name and address of each person served] and as checked below:

☐ Chpt. 7 Trustee:

☐ For Chpt. 7, 11, & 12 cases:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

☐ For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

■ For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
525 "B" Street, Suite 1430
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on    August 12, 2013
                   (Date)

Shawn P. K. Huston 235944
Huston & McCaffery, LLP
2171 Ulric Street, Suite 205
San Diego, CA 92111
Address

CSD 1100

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **Susan L. Bourgeois**  ,   Case No. **12-16096-LA13**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2507** <br><br> **Accred Home** <br> **16550 W Bernardo D Bldg 1** <br> **San Diego, CA 92127** | X | - | 4/29/03 - 8/14/03. Accredited filed bk in 2007 and no longer exists. <br><br> 1280 Shari Way <br> El Cajon, CA 92019 <br><br> Value $ 194,000.00 | | X | X | 0.00 | 0.00 |
| Account No. **xxxxxxxx1603** <br><br> **Chase** <br> **10790 Rancho Bernardo Rd** <br> **San Diego, CA 92127** | X | - | 4/17/03 - 2/28/12. They only seviced the loan & 0 balance owed on credit report <br><br> 1280 Shari Way <br> El Cajon, CA 92019 <br><br> Value $ 194,000.00 | | X | X | 0.00 | 0.00 |
| Account No. **xxxxxxxx9187** <br><br> **Chase** <br> **Po Box 24696** <br> **Columbus, OH 43224** | X | - | 12/23/91 - 1/15/03. Debtor feels that this debt was refied and paid off in 2003 <br><br> ConventionalRealEstateMortgage <br><br> Value $ Unknown | | X | X | 0.00 | Unknown |
| Account No. **xxxxxxxx6753** <br><br> **JP Morgan Chase (ending 6753)** <br> **National Pament Services** <br> **P.O. Box 24785** <br> **Columbus, OH 43224-0785** | X | - | Opened 5/02/07 Last Active 10/01/12 <br><br> 1280 Shari Way <br> El Cajon, CA 92019 <br><br> Value $ 194,000.00 | | X | | 38,410.11 | 0.00 |
| | | | | | | Subtotal (Total of this page) | 38,410.11 | 0.00 |

__1__ continuation sheets attached

B6D (Official Form 6D) (12/07) - Cont.

In re  Susan L. Bourgeois , Case No. **12-16096-LA13**
       Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0797<br><br>Ocwen Loan<br>1661 Worthington R Ste 100<br>West Palm Beac, FL 33409 | X | - | 4/17/03 - 12/01/11. Debt Collector - Debtor disputes loan amount & existence<br><br>1280 Shari Way<br>El Cajon, CA 92019<br><br>Value $ 194,000.00 | | X | X | 131,008.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  131,008.00   0.00

Total (Report on Summary of Schedules)  169,418.11   0.00

B6E (Official Form 6E) (4/10)

In re  **Susan L. Bourgeois**                                                       , Case No. __12-16096-LA13__
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                **1**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Susan L. Bourgeois**  , Case No. **12-16096-LA13**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0905<br><br>Social Security Administration<br>Western Program Service Center<br>P.O. Box 2000<br>Richmond, CA 94802-1791 | | - | 2000 - Debtor asserts that this debt has been paid in full. | | X | X | 21,730.00 | 0.00 | 21,730.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  21,730.00   0.00   21,730.00

Total (Report on Summary of Schedules)  21,730.00   0.00   21,730.00

B6F (Official Form 6F) (12/07)

In re  **Susan L. Bourgeois**                                ,   Case No.  **12-16096-LA13**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6001** <br><br> **Ashley Funding Services, LLC** <br> **fka Ca Bus Bur (Medical)** <br> **P.O. Box 10587** <br> **Greenville, SC 29603-0587** | | - | Opened 3/01/12 Last Active 4/01/12 <br> **MedicalDebt Medical** | | X | | 88.66 |
| Account No. **xxxxx6001** <br><br> **Ca Bus Bur** <br> **Original Creditor: Medical** <br> **1711 S Mountain Avenue** <br> **Monrovia, CA 91017** | | - | Opened 3/15/12 <br> **Collection Ucsd Medical Group** | | X | | 430.26 |
| Account No. **xxxxx4101** <br><br> **Ca Bus Bur (Medical)** <br> **1711 S Mountain Av** <br> **Monrovia, CA 91017** | | - | 4/01/12 - 5/01/12. Debtor asserts that this debt has been paid in full. <br> **Medical** | | X | X | 350.00 |
| Account No. **xxxxx4101** <br><br> **California Business Bu** <br> **4542 Ruffner St Ste 160** <br> **San Diego, CA 92111** | | - | Opened 4/14/12 <br> **Collection Uc San Diego Health System** | | X | X | 350.00 |
| **4** continuation sheets attached | | | | Subtotal (Total of this page) | | | 1,218.92 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Susan L. Bourgeois   ,   Case No. __12-16096-LA13__
                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx2273<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | - | Opened 11/22/07 Last Active 5/01/12<br>CreditCard | | X | | 3,272.00 |
| Account No. xxxxxxxx8015<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | - | 11/24/95 - 12/16/01. Old debt paid off, put on to give notice to creditor.<br>CreditCard<br>This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim | | X | X | 0.00 |
| Account No. xxxxxxxxxxxxxxxx4044<br><br>Cmre Financial Svcs In<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821 | | - | 10/11/10 - 1/01/11. Debtor has no knowledge of this creditor<br>Collection La Jolla Radiology Med Group | | X | X | 165.00 |
| Account No. xxxxxxxxxxxxxxxx6802<br><br>Cmre Financial Svcs In<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821 | | - | Opened 5/04/10. Debtor has no knowledge of this Creditor.<br>Collection Open Air San Diego | | X | X | 42.00 |
| Account No. xxxxxxxxxxxxxxxx2623<br><br>Cmre Financial Svcs Inc<br>3075 E Imperial Hwy Ste<br>Brea, CA 92821 | | - | Opened 9/02/11 Last Active 11/01/11. Debtor had no knowledge of this Creditor<br>Collection Open Air San Diego | | X | X | 73.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,552.00

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Susan L. Bourgeois , Case No. **12-16096-LA13**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx4709<br><br>Credit Coll<br>Po Box 9136<br>Needham, MA 02494 | | - | Opened 9/01/12 Last Active 11/01/12. Debtor has no knowledge of this creditor<br>MedicalDebt Medical | | X | X | 254.00 |
| Account No. xxxxx5226<br><br>Credit First N A<br>P.O. Box 818011<br>Cleveland, OH 44181 | | - | Opened 8/28/08 Last Active 9/20/11<br>ChargeAccount | | X | | 1,053.13 |
| Account No. xxxxxxxx5512<br><br>Gecrb/Carecr<br>C/O Po Box 965036<br>Orlando, FL 32896 | | - | Opened 6/17/03 Last Active 5/09/07<br>ChargeAccount<br><br>This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim | | X | X | 0.00 |
| Account No. xxxxxxxx4425<br><br>Gecrb/Carecr<br>C/O Po Box 965036<br>Orlando, FL 32896 | | - | Opened 6/17/03 Last Active 12/09/03<br>Charge Account. This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim | | X | X | 0.00 |
| Account No. xxxxxxxx0090<br><br>Gecrb/Hdhipj<br>C/O Po Box 965036<br>Orlando, FL 32896 | | - | Opened 8/27/03 Last Active 6/22/07<br>Charge Account. This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim | | X | X | 0.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,307.13**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Susan L. Bourgeois**,  Case No. **12-16096-LA13**
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx9332<br><br>Gecrb/Jcp<br>Po Box 965005<br>Orlando, FL 32896 | | - | Opened 11/19/06  Last Active  1/09/09<br>Charge Account. This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim | | X | X | 0.00 |
| Account No. xxxxxxxx3219<br><br>Gecrb/Jcp<br>Po Box 965005<br>Orlando, FL 32896 | | - | Opened 8/17/08  Last Active  7/13/10<br>Charge . This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim | | X | X | 0.00 |
| Account No. xxxxxxxx0370<br><br>Gecrb/Mervyn<br>Po Box 965005<br>Orlando, FL 32896 | | - | Opened 8/16/83<br>Charge Account. This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim. | | X | X | 0.00 |
| Account No. xxxxxxxx3104<br><br>Gecrb/Walmar<br>Po Box 965024<br>El Paso, TX 79998 | | - | Opened 10/20/96  Last Active  3/29/03<br>Charge Account. This debt has a zero balance and is put on only in the abundance of caution and to put the creditor on notice to file a claim. | | X | X | 0.00 |
| Account No. xxxxxxxxxxxx0234<br><br>Portfolio Recovery Associates<br>fka Lane Bryant<br>P.O. Box 12914<br>Norfolk, VA 23541 | | - | Opened 7/17/10  Last Active  9/04/10<br>Charge Account | | X | | 672.39 |

Sheet no. **3** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  672.39

In re   **Susan L. Bourgeois** , Case No. **12-16096-LA13**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx0006<br><br>Prog Mgt Sys<br>1521 W. Cameron Av First Floor<br>West Covina, CA 91790 | - | | Opened 7/01/10  Last Active 11/01/12<br>Medical.  Debtor has no idea who this collection agency is and what debt they are trying to collect on. | | X | X | 290.00 |
| Account No. xxxx0006<br><br>Progressive Mgmt Syste<br>1521 W Cameron Ave Fl 1<br>West Covina, CA 91790 | - | | Opened 7/20/10<br>Collection Scripps Memorial Hospital La Jolla.  Debto has no idea who this debt collector is and what debt they are trying to collect on. | | X | X | 293.00 |
| Account No. xxxxxxxx5231<br><br>Quantum3 Group fka Cathrns<br>Agent For Comenity Bank<br>P.O. Box 788<br>Kirkland, WA 98083-0788 | - | | Opened 10/11/11  Last Active 12/01/11<br>ChargeAccount | | X | | 253.44 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **4** of **4** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 836.44
Total (Report on Summary of Schedules) | 7,586.88