TENTATIVE RULING

ISSUED BY JUDGE LOUISE DeCARL ADLER

Debtor: SUSAN L. BOURGEOIS
Number: 12-16096-LA13

Hearing: 10:00 AM   Wednesday, April 9, 2014

Motion: DEBTOR'S MOTION TO DETERMINE FINAL CURE AND PAYMENT PURSUANT TO RULES 3002 AND 3002.1(H) OF THE FRBP FOR CREDITORS OCWEN MORTGAGE AND SOCIAL SECURITY ADMINISTRATION

Motion **DENIED**.  Service defects.  Court cannot locate a proof of service of the Motion (ECF #43) on Ocwen or on the Social Security Administration.  Further, Court cannot locate a proof of service of the claim filed by debtor (ECF #42) on behalf of the Social Security Administration.