# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | SUSAN L. BOURGEOIS |
| **Case Number:** | 12-16096-LA13      **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 04, 2014 10:00 AM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matters:

1) DEBTOR'S MOTION TO DETERMINE FINAL CURE AND PAYMENT PURSUANT TO RULES 3002 AND 3002.1(H) OF THE FRBP FOR CREDITORS OCWEN MORTGAGE AND SOCIAL SECURITY ADMINISTRATION (Fr 4/9/14)

2) DEBTOR'S OBJECTION TO CLAIM #9 FILED BY WELLS FARGO BANK

### Appearances:

RICHARD STEVENSON, ATTORNEY FOR TRUSTEE
SHAWN P.K. HUSTON, ATTORNEY FOR SUSAN L. BOURGEOIS
RENEE M. PARKER, ATTORNEY FOR WELLS FARGO BANK

### Disposition:

1) Denied.

2) Sustained as to late filed, Denied as to other grounds.  Order to come from Mr. Huston.